IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'**
**PENSION, WELFARE & ANNUITY FUNDS**,

**Plaintiffs,**

v.

**THE BERRCO GROUP, LLC,**

**Defendant.**                                        No. 10-0712-DRH

## ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On October 7, 2010, Defendant filed a motion for a more definite statement (Doc. 8). The record reflects that Defendant has not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statement. Thus, Court **ORDERS** Defendant to file its disclosure statement on or before October 21, 2010.

      **IT IS SO ORDERED.**

      Signed this 8th day of October, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**