IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS**,

**Plaintiffs,**

v.

**THE BERRCO GROUP, LLC,**

**Defendant.**                                           No. 10-0712-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiffs' motion to amend complaint (Doc. 18). Based upon the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DIRECTS** the Plaintiffs to file their Amended Complaint *instanter*.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2010.

David R. Herndon
2010.12.03
16:27:33 -06'00'

**Chief Judge
United States District Court**