## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS**,

**Plaintiffs,**

**v.**

**THE BERRCO GROUP, LLC,**

**Defendant.**                                                   **No. 10-0712-DRH**

## ORDER

**HERNDON, Chief Judge:**

        This matter comes before the Court for docket control.  Today, Plaintiffs filed an amended complaint (Doc. 20).   Thus, the Court **DENIES as moot** Defendant's November 16, 2010 motion to dismiss (Doc. 14).

        **IT IS SO ORDERED.**

        Signed this 6th day of December, 2010.

David R. Herndon
2010.12.06
13:08:35 -06'00'

**Chief Judge
United States District Court**