IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

Plaintiffs,

v.

THE BERRCO GROUP, LLC,

Defendant.                                              No. 10-0712-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiffs' motion for voluntary dismissal without prejudice (Doc. 25). Based upon the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DISMISSES without prejudice** plaintiffs' cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 19th day of October, 2011.

*Digitally signed by David R. Herndon*
*Date: 2011.10.19 15:15:43 -05'00'*

**Chief Judge**
**United States District Court**